Robert J. Lauson, Esq., CA Bar No. 175,486
bob@lauson.com
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, California 90245
Tel. (310) 726-0892
Fax (310) 726-0893

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN PLANET, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DRL ENTERPRISES, INC., a Delaware Corporation; REPUBLIC TOBACCO, L.P. a Delaware Limited Partnership, and DOES 1-9, inclusive,<br><br>Defendants. | CASE NO.: CV12-1383-MMM(SPx)<br><br>Notice Of Proof Of Service Of Summons and Complaint On DRL Enterprises, Inc. |

Attached is proof of personal service of the Summons and Complaint on Defendant DRL ENTERPRISES, INC., service being accomplished on February 28, 2012.

Respectfully submitted,

                                    LAUSON & TARVER LLP

Dated: February 29, 2012    By:       /s/
                                                    Robert J. Lauson, Esq.
                                                    Attorneys for Plaintiff

Green Planet, Inc.

Vs

DRL Enterprises, Inc. et al

United States District Court
for the
Central District of California

Civil action No: CV 12 1383 – MMM (SPx)

## Proof of Service Affidavit

John Hudson, being first duly sworn on oath deposes and says he is over 18 years of age, not a party to the above suit and is a registered employee of the Illinois Department of Professional Regulation Private Detective Agency #117-000206, Myers Service Inc., d/b/a MSI Detective Services.

That on Tuesday, February 28, 2012, at 3:20 p.m., he served a copy of a Summons in A Civil Action, Notice to Counsel, Notice of Assignment to United States Magistrate Judge for Discovery, Complaint for Declaratory Judgment, and any accompanying documents, on DRL Enterprises, Inc., at their business location, at 2301 Ravine Way, Glenview, IL. 60025, by serving the documents on Seth Gold, who identified himself as the Executive Vice President of DRL Enterprises, Inc. and accepted the documents on behalf of DRL Enterprises, Inc.

Seth Gold is described as a Caucasian male, approximately 56 years old, 6'3" tall, approximately 210 lbs, with black curly hair, glasses and a moustache.

_____
SPECIAL PROCESS SERVER (signature)

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____
SPECIAL PROCESS SERVER (signature)

## PROOF OF SERVICE

I am over the age of eighteen (18) years, employed in the County of Los Angeles, and not a party to the above-entitled action. My address is 880 Apollo St, Suite 301, El Segundo, CA 90245.

On February 29th, 2012, I served NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DRL ENTERPRISES, INC. addressed as follows to:

Anthony J. McShane, Esq.
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, IL  60602-3801

☒ **BY MAIL**: I am readily familiar with the Firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day with a postage thereon fully prepaid at El Segundo, California, in the ordinary course of business. I am aware that, on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing shown on this proof of service.

☐ **BY FEDERAL EXPRESS/OVERNIGHT DELIVERY**: I caused a copy of such document to be sent via overnight delivery to the office(s) of the addressee(s) shown above.

☐ **BY FACSIMILE**: I caused a copy of such document to be sent via facsimile machine to the office(s) of the addressee(s) at the phone number(s) shown above.

☐ **BY PERSONAL SERVICE**

  ☐ FEDERAL COURT: I caused such envelope to be delivered by hand to the offices of the addressee(s).
  ☐ STATE COURT: I caused such envelope to be delivered by hand to the offices of the addressee(s).

☒ **FEDERAL**: I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on February 29, 2012 at El Segundo, California.

Steve Allen