1  KARIN G. PAGNANELLI (SBN 174763)
   kgp@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
3  Los Angeles, California 90064-1683
   Telephone:  (310) 312-2000
4  Facsimile:   (310) 312-3100

5  ANTONY J. McSHANE (*pro hac vice pending*)
   KATHERINE DENNIS NYE (*pro hac vice
6  pending*)
   NEAL, GERBER & EISENBERG LLP
7  2 N. LaSalle Street, Suite 1700
   Chicago, Illinois 60602-3801
8  Telephone:  (312) 269-8000
   Facsimile:   (312) 269-1747
9
   Attorneys for Defendants DRL ENTERPRISES,
10 INC. and REPUBLIC TOBACCO, L.P.

11                UNITED STATES DISTRICT COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13

| 14 | GREEN PLANET, INC. a California corporation, | CASE NO.  CV12-1383 MMM (SPx) |
|---|---|---|
| 15 | | Honorable Margaret M. Morrow |
| 16 | Plaintiff, | **DEFENDANTS DRL ENTERPRISES, INC. AND REPUBLIC TOBACCO, L.P.'S CERTIFICATION AS TO INTERESTED PARTIES** |
| 17 | v. | |
| 18 | DRL ENTERPRISES, INC., a Delaware corporation; REPUBLIC TOBACCO, L.P., a Delaware limited partnership; and DOES 1 through 9, inclusive, | |
| 19 | | **[Local Rule 7.1-1; Fed. R. Civ. Pro. 7.1]** |
| 20 | Defendants. | |

21

22

23

24

25

26

27

28

4524091.1/97123-00000

1 | The undersigned, counsel of record for Defendants DRL Enterprises, Inc.
2 | and Republic Tobacco, L.P., certifies that the following listed parties may have a
3 | pecuniary interest in the outcome of this case:
4 |     DRL Enterprises, Inc. and Republic Tobacco, L.P., which are
5 |     not publically traded.
6 | These representations are made to enable the Court to evaluate possible
7 | disqualification or recusal.
8 |
9 | DATED: March 20, 2012    KARIN G. PAGNANELLI
   MITCHELL SILBERBERG & KNUPP LLP

ANTONY J. McSHANE
KATHERINE DENNIS NYE
NEAL, GERBER & EISENBERG LLP


By:   /s/ Karin G. Pagnanelli
    Karin G. Pagnanelli
    Attorneys for Defendants
    DRL ENTERPRISES, INC. and
    REPUBLIC TOBACCO. L.P.