Robert J, Lauson, Esq., CA Bar No. 175,486
bob@lauson.com
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, California 90245
Tel.  (310) 726-0892
Fax  (310) 726-0893

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN PLANET, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DRL ENTERPRISES, INC., a Delaware Corporation; REPUBLIC TOBACCO, L.P. a Delaware Limited Partnership, and DOES 1-9, inclusive,<br><br>Defendants. | CASE NO.:  CV12-1383-MMM(SPx)<br><br>Notice Of Voluntary Dismissal |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice.

Respectfully submitted,

                                                                   LAUSON & TARVER LLP

Dated:  April 12, 2012        By:    ___/s/_____
                                                                    Robert J. Lauson, Esq.
                                                                    Attorneys for Plaintiff